IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DENNIS NELSON,

    Plaintiff,

v.                                       CASE NO. 1:07-cv-00201-MP-AK

JENNIFER MCGLONE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that this case be transferred to the United States District Court for the Middle District of Florida.  The Magistrate Judge filed the Report and Recommendation on Thursday, November 1, 2007.  The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In his objections, Plaintiff indicates that he would like this case resolved as quickly and efficiently as possible.  It appears from Plaintiff's complaint that he seeks $33,000.00 in damages to replace wolf plates Plaintiff sent Defendant, but which Defendant refuses to return.  The Court agrees with the Magistrate that because the Defendant in located in the Middle District, and because there is no connection to the Northern District, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Tampa Division.  Therefore, having considered the Report and Recommendation, and the objections thereto, I have determined that it should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 5, is adopted and incorporated by reference in this order;

2. The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Tampa Division.

**DONE AND ORDERED** this   *6th* day of November, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge